UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SALOMON BROTHERS REALTY CORP.** | * | CIVIL ACTION |
| **VERSUS** | * | NO.   03-3214 |
| **DEAN M. BOURGEOIS, ET AL.** | * | SECTION "L"(5) |

ORDER

IT IS ORDERED that Salomon Brothers Realty Corp. and Litton Loan Servicing's Motion to Strike (Rec. Doc. 54) is DENIED AS MOOT.

New Orleans, Louisiana, this   1st   day of   August  , 2006.

UNITED STATES DISTRICT JUDGE